**United States Court of Appeals for the Second Circuit**
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

| | |
|---|---|
| **DEBRA ANN LIVINGSTON** | **CATHERINE O'HAGAN WOLFE** |
| CHIEF JUDGE | CLERK OF COURT |

Date: July 16, 2024
Docket #: 24-874
Short Title: In Re: Google Digital Advertising Antitrust Litigation

DC Docket #: 1:21-cv-6870
DC Court: SDNY (NEW YORK CITY)
Trial Judge - P. Kevin Castel

## NOTICE OF MOTION PLACED ON THE CALENDAR

A motion to remand filed in the above-referenced case has been added as a submitted case to the substantive motions calendar for Tuesday, July 30, 2024.

Inquiries regarding this case may be directed to 212-857-8595.